# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2021 KW 0985

VERSUS

DEAN JOSEPH COLLIE                                     **OCTOBER 18, 2021**

---

In Re:    Dean Joseph Collie, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, Nos. 119808, 119812.

---

**BEFORE:    LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

WIL
EW
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving, *pro tempore* by special appointment of the Louisiana Supreme Court.